# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DELVIN JOHNSON,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and **KISHA ADAMS,**
Appellees.

No. 4D18-1377

[August 22, 2018]

Appeal from the State of Florida, Department of Revenue, L.T. Case No. 2000605110 and DOAH 14-001089-CS

Delvin D. Johnson, Hialeah, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***